IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASSEMBLY TECHNOLOGY INC. | : | CIVIL ACTION |
| | : | NO. 09-00798 |
| v. | : | |
| | : | |
| SAMSUNG TECHWIN CO., LTD. | : | |

ORDER

AND NOW, this 16th day of November 2009, after consideration of defendant's motion to dismiss, plaintiff's response thereto and defendant's reply, it is hereby ORDERED that defendant's motion to dismiss is GRANTED and plaintiff's amended complaint is DISMISSED with leave to amend within twenty (20) days from the date of this Order.

/s/ THOMAS N. O'NEILL, JR.
THOMAS N. O'NEILL, JR., J.