IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASSEMBLY TECHNOLOGY INC. | : | CIVIL ACTION |
| | : | NO. 09-00798 |
| v. | : | |
| | : | |
| SAMSUNG TECHWIN CO., LTD. | : | |

## ORDER

AND NOW, this 23rd day of February, 2010, in consideration of defendant's motion to dismiss plaintiff's second amended complaint, plaintiff's response, defendant's reply and the arguments presented by both parties at oral argument, it is hereby ORDERED that defendant's motion is GRANTED and plaintiff's second amended complaint is DISMISSED.

/s/ THOMAS N. O'NEILL, JR.
THOMAS N. O'NEILL, JR., J.